UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:23-cr-00006-RCL |
| DEBORAH ANNE KUECKEN and GARY FRANCIS SMITH, | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the Notice of Appearance of David Griem as attorney for Defendants, Deborah Anne Kuecken and Gary Francis Smith, in the above-entitled matter.

Respectfully submitted,

*/s/ David Griem*
David Griem  (P23187)
Attorney for Gary Francis Smith
21 Kercheval Ave., Ste. 363
Grosse Pointe Farms, MI 48236
313.618.0055
davidgriemlaw@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2023, a copy of the foregoing Notice of Appearance of Attorney **David Griem** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's system.

                Respectfully submitted,

                */s/ David Griem*
                David Griem  (P23187)
                Attorney for Gary Francis Smith
                21 Kercheval Ave., Ste. 363
                Grosse Pointe Farms, MI 48236
                313.618.0055
                davidgriemlaw@gmail.com